# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Beverly M. Bradley<br>　　　　　　　　　　Debtor(s) | |
| | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-6, Home Equity Pass-Through Certificates, Series 2006-6, U.S. Bank National Association, as Trustee, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　vs. | NO. 17-18326 mdc |
| Beverly M. Bradley<br>　　　　　　　　　　Debtor(s) | |
| William C. Miller Esq.<br>　　　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Specialized Loan Servicing LLC, as servicer for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-6, Home Equity Pass-Through Certificates, Series 2006-6, U.S. Bank National Association, as Trustee, which was filed with the Court on or about **January 9, 2018; Docket No. 12**.

    Respectfully submitted,

    **/s/ Rebecca A. Solarz, Esquire**
    Rebecca A. Solarz, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    215-627-1322

October 10, 2018