IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Beverly Bradley**                )            Chapter 13
                                           )
                                           )
     Debtor                                )
                                           )    Bankruptcy No.: **17-18326\mdc**

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to Counsel's Application for Compensation.

Date: **November 5, 2018**                    Respectfully Submitted,

                                              **\s\ Michael D. Sayles**
                                              Michael D. Sayles
                                              Attorney for Debtor
                                              427 W. Cheltenham Avenue, Suite #2
                                              Elkins Park, PA  19027
                                              215-635-2270 (phone)
                                              215-424-1263 (fax)
                                              midusa1@comcast.net