**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                        Chapter 13

                        Bankruptcy No. 17-18326-MDC

BEVERLY M BRADLEY

7917 WOOLSTON AVENUE

PHILADELPHIA, PA 19150

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  BEVERLY M BRADLEY

  7917 WOOLSTON AVENUE

  PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

  MICHAEL D. SAYLES ESQ
  427 W. CHELTENHAM AV
  SUITE 2
  ELKINS PARK, PA 19027-3291

Date: 11/25/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee