IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Beverly Bradley** | : | CHAPTER: 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **17-18326** |

# CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, counsel for the Debtor in the above-captioned case, hereby certify that the Chapter 13 Standing Trustee nor any other party of interest has filed a responsive pleading to Debtor's Motion to Modify Plan Post Confirmation

                              Respectfully Submitted,

Dated: August 11, 2020                        **\s\ Michael D. Sayles**
                                                          Michael D. Sayles
                                                          Attorney for Debtor
                                                          427 W. Cheltenham Avenue, Suite #2
                                                          Elkins Park, PA  19027
                                                          215/635-2270