IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> BEVERLY M. BRADLEY, <br>       Debtor, <br><br> SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2006-6, HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2006-6, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, <br>       Movant, <br><br>       v. <br><br> BEVERLY M. BRADLEY and <br> WILLIAM C. MILLER, Trustee, <br>       Respondents. | Bankruptcy No. 17-18326-mdc <br><br> Chapter 13 <br><br> Document No. |

CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, more than 18 years of age, that on the 25th day of August, 2020 I served a copy of the Motion for Relief from the Automatic Stay and a copy of the Notice of Motion, Hearing Date and Response Deadline by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

| | |
|---|---|
| Beverly M. Bradley <br> 7917 Woolston Avenue <br> Philadelphia, PA 19150 | Michael D. Sayles <br> Sayles and Associates <br> 427 West Cheltenham Avenue, Suite #2 <br> Elkins Park, PA 19027-3201 |

| | |
|---|---|
| William C. Miller, Esq. <br> Chapter 13 Trustee <br> P.O. Box 1229 <br> Philadelphia, PA 19105 | Office of the U.S. Trustee <br> 200 Chestnut Street <br> Suite 502 <br> Philadelphia, PA 19106 |

      By: /s/ Keri P. Ebeck
      Keri P. Ebeck, Esq.
      PA I.D.  # 91298
      kebeck@bernsteinlaw.com
      707 Grant Street
      Suite 2200 Gulf Tower
      Pittsburgh, PA  15219
      (412) 456-8112
      Fax: (412) 456-8135