IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BEVERLY M. BRADLEY,<br>    Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2006-6, HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2006-6, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,<br>    Movant,<br><br>    v.<br><br>BEVERLY M. BRADLEY and<br>WILLIAM C. MILLER, Trustee,<br>    Respondents. | Bankruptcy No. 17-18326-mdc<br><br>Chapter 13<br><br>Document No. 59, 62 |

## ORDER OF COURT

AND NOW, this 26th day of October, 2020, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge