UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Beverly Bradley** | : | CHAPTER: 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.: **17-18326\MDC** |

# ORDER OF COURT

**AND NOW**, this \_\_\_14th\_\_\_ day of \_\_\_January\_\_\_ 2021, **after notice and hearing**, and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED, ADJUDGED and DECREED** that the Motion is granted.

By the Court:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Court Judge