IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BEVERLY M. BRADLEY,<br>　　　　　Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC AS<br>SERVICING AGENT FOR CREDIT SUISSE<br>FIRST BOSTON MORTGAGE SECURITIES<br>CORP., HOME EQUITY ASSET TRUST 2006-6,<br>HOME EQUITY PASS-THROUGH<br>CERTIFICATES, SERIES 2006-6, U.S. BANK<br>NATIONAL ASSOCIATION, AS TRUSTEE,<br>　　　　　Movant,<br><br>　　v.<br><br>BEVERLY M. BRADLEY and<br>WILLIAM C. MILLER, Trustee,<br>　　　　　Respondents. | Bankruptcy No. 17-18326-mdc<br><br>Chapter 13<br><br>Document No. 77 |

## PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT OF STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO THE CLERK OF COURTS:

Kindly withdraw without prejudice the *Certification of Default of Stipulation Resolving Motion for Relief from the Automatic Stay* (the "Motion"), filed on March 16, 2021, at Document No. 77. The Debtor has brought the account current.

Dated: March 23, 2021

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120