Certificate Number: 15111-PAE-DE-039132049

Bankruptcy Case Number: 17-18326



15111-PAE-DE-039132049

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 5, 2024, at 2:05 o'clock PM EST, Beverly Marie Bradley completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 6, 2024            By:  /s/Hasan Bilal for Ryan McDonough

                                   Name:  Ryan McDonough

                                   Title:  Executive Director of Education