United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 17-18326-djb
Beverly M. Bradley     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: May 12, 2025     Form ID: 138OBJ     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beverly M. Bradley, 7917 Woolston Avenue, Philadelphia, PA 19150-3114 |
| 14026179 | + | Evan Bradley, 7917 Woolston Avenue, Philadelphia, PA 19150-3114 |
| 14026180 | + | Joel A. Ackerman, Esquire, PO Box 650, Hershey, PA 17033-0650 |
| 14026181 | + | Kirt Haynes, 6633 Gratz Street, Philadelphia, PA 19126-2633 |
| 14026182 | + | Louis B. Himmelstein & Associates, 1420 Walnut Street, Suite 1000, Philadelphia, PA 19102-4010 |
| 14026183 | + | Milstead & Associates, Woodland Falls Corporate Park, 220 Lake Drive East, Suite 301, Cherry Hill, NJ 08002-1165 |
| 14026187 | + | Phelan Hallihan & Schmeig, LLP, One Penn Center at Suburban Station, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14026190 | + | Zucker, Goldberg & Ackerman, LLC, 200 Sheffield Street, Suite 101, Mountainside, NJ 07092-2315 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 12 2025 23:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14918974 | + | Email/Text: mtgbk@shellpointmtg.com | May 12 2025 23:57:00 | Credit Suisse First Boston Mortgage Securit, ies Corp., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14026177 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 12 2025 23:57:00 | Department of Treasury, Internal Revenue Service, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 14056671 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2025 23:57:54 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14026186 | ^ | MEBN | May 12 2025 23:56:26 | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14026184 | | Email/Text: ebn@vativrecovery.com | May 12 2025 23:57:00 | Palisades Acquisition, LLC, PO Box 40728, Houston, TX 77240-0728 |
| 14026185 | + | Email/Text: bankruptcygroup@peco-energy.com | May 12 2025 23:57:00 | Peco, c/o Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14030014 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2025 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14557348 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 12 2025 23:57:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14036484 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 12 2025 23:57:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado |

| Recip ID | | | | |
|---|---|---|---|---|
| 14558542 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | | 80129 |
| | | May 12 2025 23:57:00 | | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14026188 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | | |
| | | May 13 2025 13:38:33 | | US Bank National Association, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 14026189 | Email/Text: ebn@vativrecovery.com | | | |
| | | May 12 2025 23:57:00 | | Vativ Recovery Solutions, PO box 40728, Houston, TX 77240-0728 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14026178 | *+ | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14026176 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Department, 600 Arch Street. Room 5200, Philadelphia, PA 19106 |
| 14026175 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Department, Atlanta, GA 39901-0025 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2025   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2025 at the address(es) listed below:**

**Name**     **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp. Home Equity Asset Trust 2006-6, Home Equity Pass-Through Certificates, Series 2006-6, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KERI P EBECK
on behalf of Creditor Specialized Loan Servicing LLC as Servicing Agent for Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-6, Home Equity Pass-Through Certificates, Series 2006-6, U.S. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KEVIN G. MCDONALD
on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp. Home Equity Asset Trust 2006-6, Home Equity Pass-Through Certificates, Series 2006-6, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com

MICHAEL D. SAYLES
on behalf of Debtor Beverly M. Bradley midusa1@comcast.net midusa1@outlook.com

United States Trustee

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: May 12, 2025 | Form ID: 138OBJ | Total Noticed: 21

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)−doc 101 − 99

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Beverly M. Bradley ) Case No. 17−18326−djb
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 12, 2025

For The Court

Timothy B. McGrath
Clerk of Court